UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

U.S.        E.D.N.Y.

★ SEPT 2¢ 2005 ★

BROOKLYN OFFICE

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DWAYNE STONE, also known as
    "Divine,"
JAMES MCTIER, also known as
    "JD,"
JOSE NIEVES, also known as
    "Julio,"
JOSIAH MCTIER, also known as
    "Jo,"
SHARIEF RUSSELL, also known as
    "Lucky," and
TRAVIS SCOTT, also known as
    "Dirty Travis,"
GARETH VIALVE, also known as
    "Volvo,"

            Defendants.

- - - - - - - - - - - - - - - - - -X

O R D E R

Cr. No. 05-401 (ILG)

On application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney John Buretta, and good cause having been shown, it is hereby

ORDERED that this matter is unsealed as to all defendants, to wit: defendants DWAYNE STONE, JAMES MCTIER, JOSE NIEVES, JOSIAH MCTIER, SHARIEF RUSSELL, TRAVIS SCOTT and GARETH VIALVE.

s/I. Leo Glasser
_____
HONORABLE I. LEO GLASSER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

September 14, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DWAYNE STONE, also known as
    "Divine,"
JAMES MCTIER, also known as
    "JD,"
JOSE NIEVES, also known as
    "Julio,"
JOSIAH MCTIER, also known as
    "Jo,"
SHARIEF RUSSELL, also known as
    "Lucky,"
TRAVIS SCOTT, also known as
    "Dirty Travis," and
GARETH VIALVE, also known as
    "Volvo,"

          Defendants.

- - - - - - - - - - - - - - - - -X

U N S E A L I N G
A P P L I C A T I O N

Cr. No. <u>05-401 (ILG)</u>

       The government respectfully moves for the unsealing of this matter in its entirety, as to all defendants.  The remaining defendant in this matter, defendant GARETH VIALVE, was arrested in Trinidad on or about July 26, 2005.

                      ROSLYNN R. MAUSKOPF
                      UNITED STATES ATTORNEY
                      Eastern District of New York
                      One Pierrepont Plaza
                      Brooklyn, New York 11201

By:    _____
             Morris Fodeman
             Assistant U.S. Attorney
             (718) 254-6314

Dated:    September 13, 2005
            Brooklyn, New York