UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

   -against-

       ORDER
       05 CR 401 (ILG)

JAMES McTIER, et al.,

        Defendants.
------------------------------------------------x
GLASSER, United States District Judge:

    The government provided information in a letter to defense counsel dated July 5, 2007, which it requested be filed under seal for the reasons stated, and the request was granted.

    In a letter to the Court dated July 10, 2007, counsel for James McTier, asserting that there was no reason for it, requested that the letter be unsealed. No support for his reason was provided by way of authority or otherwise. In the absence thereof, his request is denied, without prejudice.

    SO ORDERED.

Dated:    Brooklyn, New York
           July 11, 2007

                                              S/
                                          I. Leo Glasser