UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**          DATE: **MAY 28, 2014**          TIME: **3:00 p.m.**

DOCKET #: **CV-05-00401 (ILG)**

TITLE:    **United States of America**

          *vs.*

          **Dwayne Stone**

DEPUTY CLERK:  **Stanley Kessler**
COURT REPORTER:         **Fred Guerino**
APPEARANCES:

   For Defendant: **Anthony L. Ricco, Esq.**

   For Gov't: **Peter A. Norling, AUSA**

### CRIMINAL CAUSE FOR STATUS CONFERENCE

- ✔  **Case called.**
- ✔  **Defendant present with counsel Anthony L. Ricco, Esq.  Peter A. Norling, AUSA present for the Government, standing in for Jason A. Jones, AUSA.**
- ✔  **Status conference held.**
- ✔  **The defendant withdraws his application for appointment of new counsel.**
- ✔  **Case cont'd to 8/11/2014 for re-sentencing.**
- ✔  **The defendant is continued in custody.**

**TIME:**   **0/30**