UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DWAYNE STONE,

                    Petitioner

    - against -                            Docket. No.  *11-CV-2763 (ILG)*
                                                     Docket. No. 05 Cr. 401 (ILG)

UNITED STATES OF AMERICA,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

# FINAL SUPPLEMENTAL SENTENCING MEMORANDUM
## ON BEHALF OF DWAYNE STONE  (LETTER)

                                                Anthony L. Ricco, Esq.
                                                Attorney For Dwayne Stone
                                                20 Vesey Street, Suite 400
                                                New York, New York 10007
                                                (212) 791-3919

Steven Z. Legon, Esq.
Of Counsel

# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919   FAX. (212) 791-3940

Steven Z. Legon
Of Counsel

July 25, 2014

**FILED BY E.C.F.**

Hon. I. Leo Glasser
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

      Re:    ***Dwayne Stone v. United States of America***,
                Docket. No. *11-CV-2763 (ILG)* and  05 Cr. 401 (ILG)

Dear Judge Glasser:

      This letter is submitted as a final supplemental letter of support for Dwayne Stone. This letter has been filed (although extremely untimely) to complete the record in this most important matter.   The letter of support was received from a life long friend of Dwayne Stone on August 8, 2014.  I have provided it because it demonstrates how young men from this devastated community can, if given the opportunity and perspective, reclaim their lives.

                                Respectfully,

                                *Anthony L. Ricco*
                                Anthony L. Ricco

ALR/jh
cc:  A.U.S.A.  Jason Jones (By ECF and email)

Date:  August 8, 2014

Hon. I. Leo Glasser

United States District Court Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201


                Re:  Dwayne Stone v. United States of America

                Docket.  No.  11-CV-2763 (ILG)  and 05 Cr. 401 (ILG)


Dear Judge Glasser:

      My name is Kaire Colwell and I am writing on behalf of Dwayne Stone.  I have known Dwayne since I was 9 years old. We grew up in the same projects in the Brownsville section of Brooklyn, NY. I would like to tell you a little bit about my story in the hopes that you will consider how it can possibly relate to Dwayne. I grew up in a single-parent home with just my mother and younger brother. My mother worked long hours so she couldn't be at home to protect us from all of the negativity in the community. Due to the dearth of strong, positive male figures in my environment, it didn't take long for a young impressionable mind, such as mine, to get easily influenced by the wrong crowd.  I soon dropped out of high school and engaged in criminal activity which eventually landed me in prison for a gun possession. As I matured and became a man in prison; my outlook on life drastically changed. I came to the realization that the moral code I learned in Brownsville only perpetuated the misery in my community. I vowed if given another chance that I would become a positive influence in society. I knew as a mature adult man my mind could not easily be influenced anymore and that I now had the choice to place myself in an environment that will foster my development in becoming a productive citizen; a choice as a child I never had.  I was given that second chance on April 18, 2008 when I was granted

parole and released from prison. Once released from prison, I enrolled in LaGuardia Community College in Long Island City, NY. While in college I worked part-time cleaning the courthouses after cases were done for the day. I also volunteered on the weekends with New York Cares. During my sophomore year I received a scholarship to attend Morehouse College in Atlanta, GA. I was granted the transfer from my parole officer and two years later I received a B.A. in Economics. I completed my parole in 2013 and currently work full-time as a paralegal for a law firm in the financial district. I am in the process of applying to law school where I hope to receive a J.D. and attempt to enhance our current juvenile criminal justice system. I tell you this story because I believe from the depths of my heart that my story can easily become Dwayne's story if only given that second chance. Over the years, I have seen Dwayne mature into an adult man and despite his environment he has failed to be corrupted by the prison system; which shows me that he is done with the way we were taught growing up. We share the same outlook on life and I can see in his eyes that he is prepared to be a productive citizen in society.  I know you have by now read about Dwayne's upbringing and although I agree that it is no excuse to engage in criminal conduct, it is a severe factor in the outcome of any person. Unfortunately, we live in an unfair world where some individuals get a late start in the race of life; however what makes this country great is that we allow those who did receive that late start the opportunity to catch up. I pray that you can one day give my friend the opportunity to make a positive impact on his son, his family and his community.  I hope this letter finds you well and I thank you for taking the time out of your busy schedule to consider my request for leniency at Dwayne Stone's sentencing hearing.


Sincerely,

Kaire Colwell