TRULINCS 73058053 - STONE, DWAYNE - Unit: BRO-G-C

---

FROM: 73058053
TO: Ricco, Anthony
SUBJECT: NOTICE OF APPEAL/ APPOINTMENT OF NEW COUNSEL.
DATE: 08/14/2014 05:45:40 PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

DWAYNE STONE,

      Petitioner

-against-      Docket. No. 11-cv- 2763 (ILG)
                  Docket. No. 05-Cr. 401 (ILG)

UNITED STATES OF AMERICA,

      Respondent

------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ AUG 19 2014 ★
BROOKLYN OFFICE

NOTICE OF APPEAL/ APPOINTMENT OF NEW COUNSEL (LETTER)

This document gives notice that Dwayne Stone the defendant in the above caption case, is appealing the judgment entered by the District court in the above caption case entered on august 11th 2014.

APPOINTMENT OF NEW COUNSEL

Dwayne Stone the defendant in the above caption case, is requesting for the District Court to appoint new counsel to file an appeal to the judgment in the above caption case.

Thank you for you're time in this matter.

                  Respectfully,
                  D. Stone
                  DWAYNE A STONE

Wayne Stone 73058-055
Metropolitan Detention Center
80-29th Street
Brooklyn, NY 11232

Legal Mail

Clerk of Court for the
United States District Court
for the Eastern District of
New York
225 Cadman Plaza East
Brooklyn, NY 11201

1120181632

METROPOLITAN DETENTION CENTER, 80 29 TH STREET, BROOKLYN, N.Y. 11232. THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAIL PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPEN NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESS, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.