## CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v. Stone

**DOCKET NUMBER:** 14-3102

**COUNSEL'S NAME:** Randolph Volkell

**COUNSEL'S ADDRESS:** 14 Woodland Terrace, Merrick, NY 11566

**COUNSEL'S PHONE:** 516-771-0300

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 26 2014 ★
BROOKLYN OFFICE

### QUESTIONNAIRE

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order  [ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of
[ ] Pre-trial proceedings: _____ (Description & Dates)
[ ] Trial: _____ (Description & Dates)
[✓] ReSentencing: August 11, 2014 (Description & Dates)
[ ] Post-trial proceedings: _____ (Description & Dates)

I, Randolph Volkell (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

Counsel's Signature: _[signed]_    Date: 11/19/14

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature _____    Date _____

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.